# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 1/15/2025 |
| Case: 25−10052−pb | Form ID: 309I | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Christopher Robert Klein | 850 Amsterdam Avenue    2A    New York, NY 10025 |
| ust | United States Trustee | Office of the United States Trustee − NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408 |
| tr | Thomas C. Frost | Chapter 13 Standing Trustee    399 Knollwood Rd    Suite 102    White Plains, NY 10603 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 8535952 | BLDG Management | 417 Fifth Ave Fourth Floor    New York, NY 10016−2204 |
| 8535953 | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| 8535955 | NYC Department of Finance | 66 John Street Room 104    New York, NY 10038 |
| 8535954 | New York State Dept of | Taxation and Finance Bankruptcy Section    PO Box 5300    Albany, NY 12205−0300 |
| 8535956 | Parking Violations Bureau | 210 Joralemon Avenue    Brooklyn, NY 11201 |

TOTAL: 12